This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.

**ROBERT ROMERO,**

Defendant-Appellant.

**NO. 30,914 consolidated with NO. 30,992**

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Charles W. Brown, District Judge**

Gary K. King, Attorney General
Santa Fe, NM
M. Anne Kelly, Assistant Attorney General
Albuquerque, NM

for Appellee

Jacqueline L. Cooper, Acting Chief Public Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**WECHSLER, Judge.**

Defendant appeals the revocation of his probation. In our notice, we proposed

to reverse and remand for a new hearing because evidence of drug test results was admitted at the probation revocation hearing without a proper foundation. The State has responded that it will not be filing a memorandum opposing our proposal.

Therefore, for the reasons stated in the calendar notice, we reverse and remand for a new probation revocation hearing.

**IT IS SO ORDERED**.


_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**


_____
**LINDA M. VANZI, Judge**


_____
**J. MILES HANISEE, Judge**

2

